MARK D. HENSLEY, State Bar No. 142653
City Attorney, City of Monterey Park
JOHN C. COTTI, State Bar No. 193139
**JENKINS & HOGIN, LLP**
Manhattan Towers
1230 Rosecrans Avenue, Suite 110
Manhattan Beach, CA 90266
Telephone:  (310) 643-8448
Facsimile:  (310) 643-8441

Attorneys for Plaintiff
CITY OF MONTEREY PARK

JS-6

*Exempt from fees pursuant to Government Code § 6103*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF MONTEREY PARK,<br><br>           Plaintiff,<br><br>      v.<br><br>AEROJET-GENERAL CORPORATION, et al.<br><br>           Defendants.<br><br>AND RELATED CROSS-COMPLAINTS AND THIRD-PARTY COMPLAINT. | Case No. CV 02-05909 ABC (RCx)<br><br>**[PROPOSED]** JUDGMENT AND ORDER CLOSING CASE<br><br>Hearing Date:  [No Hearing Scheduled]<br>Time:<br>Courtroom:<br>Judge:        Hon. Audrey B. Collins |

    As a result of the various Orders re Dismissal of the defendants in this action and those defendants' respective cross-complaints and third-party complaints, if any, the various Order Approving Settlements of the defendants and Issuing Bar Orders, and the Order to Dismiss Remaining Claims, the Court finds that there are no remaining claims to adjudicate in the above-referenced matter and therefore enters a final Judgment and Order closing this case.  All parties shall bear their own attorneys' fees and costs.

Dated: 2/20/13_____    By: _____
                                                                              *[signature: Audrey B. Collins]*
                                                                              Judge of the U.S. District Court

```
cc: timg@thegallaghergroup.com
```

---

1

[PROPOSED] JUDGMENT AND ORDER CLOSING CASE